# United States Bankruptcy Court
## District of New Hampshire

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Munce's Superior Petroleum Products, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> **AKA Munce's Superior Inc.** | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> **02-0367049** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **620 Main Street** <br> **Gorham, NH** <br> ZIP Code **03581** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Coos** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Munce's Superior Petroleum Products, Inc.** | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | | |
| Location Where Filed: **- None -** | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
| Name of Debtor:<br>**- None -** | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Munce's Superior Petroleum Products, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____[signature]_____
Signature of Attorney for Debtor(s)

**Jennifer Rood ME (3486), NH (2877)**
Printed Name of Attorney for Debtor(s)

**Bernstein, Shur, Sawyer & Nelson**
Firm Name

**670 North Commercial Street**
**Suite 108**
**Manchester, NH 03105**
Address

**603-623-8700  Fax: 603-623-7775**
Telephone Number

3\15\11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____[signature]_____
Signature of Authorized Individual

**Harold P. Munce**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

3-14-2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# ACTION TAKEN BY UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS OF
# MUNCE'S SUPERIOR PETROLEUM PRODUCTS, INC.

The undersigned, being all of the Directors of MUNCE'S SUPERIOR PETROLEUM PRODUCTS, INC. (the "Company"), a corporation organized and existing under New Hampshire law, pursuant to N.H. R.S.A. 293-A:7.04, and pursuant to Article 10 of the Company's Bylaws, hereby take the following action without holding a meeting, such action being stated in the form of and to be as fully effective as if taken by unanimous resolution of the Board of Directors at a meeting thereof duly called and held on the date hereof at which the undersigned Director was present and acting throughout:

**RESOLVED:** That in the judgment of the undersigned Directors of the Company, it may be desirable and in the best interests of the Company, its creditors, shareholders, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Code"); and further,

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine (the "Bankruptcy Court") at such time as the Company shall determine and in such form or forms as the Company may approve; and further,

**RESOLVED:** That any officer of the Company be and hereby is authorized on behalf of, and in the name of, the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to use cash collateral or to borrow under a post-petition credit facility, to grant liens, guarantees, pledges, mortgages and other security therefor, to file and prosecute a plan of reorganization and/or to sell all or substantially all of the Company's assets in one or more transactions designed to maximize the value of such assets; and further

**RESOLVED:** That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN at its standard hourly rates in connection with its representation of the Company and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:** That any officer of the Company be and is hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders,

1

reimburse BSSN for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the firm of Spinglass Management Group, LLC ("Spinglass") as its financial advisor in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay Spinglass a retainer in an amount reasonably requested by Spinglass and agreed to by the Company, and additional fees at Spinglass's standard hourly rates for its services, and to reimburse Spinglass for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:** That any director of the Company be and is hereby authorized to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by these resolutions to any Chapter 11 plan, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and further

**RESOLVED:** That to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Company, such actions are hereby ratified and confirmed in their entirety.

Dated: March 9, 2011

_____
Harold P. Munce, Director

Dated: March 9, 2011

_____
Marilyn J. Munce, Director

2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Hampshire

In re    **Munce's Superior Petroleum Products, Inc.**        Case No. _____

                                                                                                     Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Sprague Energy<br>Two International Drive<br>Portsmouth, NH 03801 | Sprague Energy<br>Two International Drive<br>Portsmouth, NH 03801<br>Fax: 603-430-5324 | Trade Debt | | 335,808.05 |
| Pine State Trading Co.<br>8 Ellis Ave<br>Augusta, ME 04330 | Pine State Trading Co.<br>8 Ellis Ave<br>Augusta, ME 04330<br>Fax: 207-626-5844 | Trade Debt | | 170,971.71 |
| A.R. Sandri, Inc.<br>400 Chapman Street<br>P.O. Box 1578<br>Greenfield, MA 01302-1578 | A.R. Sandri, Inc.<br>400 Chapman Street<br>P.O. Box 1578<br>Greenfield, MA 01302-1578<br>Fax: 413-773-5049 | Trade Debt | | 137,069.78 |
| Gas Supply Resources, LLC<br>2238 Edgewood Avenue South<br>Minneapolis, MN 55426 | Gas Supply Resources, LLC<br>2238 Edgewood Avenue South<br>Minneapolis, MN 55426<br>Fax: 513-688-8835 | Trade Debt | | 68,527.00 |
| Sysco of Northern New Englad<br>PO Box 4657<br>Portland, ME 04112 | Sysco of Northern New England<br>PO Box 4657<br>Portland, ME 04112<br>Fax: 207-871-0339 | Trade Debt | | 40,103.63 |
| American Refining Group, Inc.<br>Box 827899<br>Philadelphia, PA 19182-7899 | American Refining Group, Inc.<br>Box 827899<br>Philadelphia, PA 19182-7899<br>Fax: 814-368-1335 | Trade Debt | | 37,738.10 |
| Dennison Lubricants, Inc.<br>102 Charles A. Eldridge Drive<br>Lakeville, MA 02347 | Dennison Lubricants, Inc.<br>102 Charles A. Eldridge Drive<br>Lakeville, MA 02347<br>Fax: 508-946-3400 | Trade Debt | | 36,894.88 |
| Lakes Region Coca-Cola<br>PO Box 809<br>Belmont, NH 03220 | Lakes Region Coca-Cola<br>PO Box 809<br>Belmont, NH 03220<br>Fax: 603-267-7029 | Trade Debt | | 31,187.70 |
| F.W. Webb Company<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | F.W. Webb Company<br>160 Middlesex Turnpike<br>Bedford, MA 01730<br>Fax: 508-757-8981 | Trade Debt | | 29,713.58 |

B4 (Official Form 4) (12/07) - Cont.

In re   Munce's Superior Petroleum Products, Inc.     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| E. Osterman Gas Service<br>PO Box 29<br>Whitinsville, MA 01588 | E. Osterman Gas Service<br>PO Box 29<br>Whitinsville, MA 01588<br>Fax: 508-234-0645 | Trade Debt | | 25,838.40 |
| Royco Distributors<br>211 Colony Road<br>Gardner, MA 01440 | Royco Distributors<br>211 Colony Road<br>Gardner, MA 01440<br>Fax: 978-632-8151 | Trade Debt | | 19,374.00 |
| Wildco Petroleum Equip, Inc.<br>PO Box 7604<br>Gilford, NH 03247-7604 | Wildco Petroleum Equip, Inc.<br>PO Box 7604<br>Gilford, NH 03247-7604<br>Fax: 603-524-6051 | Trade Debt | | 13,068.66 |
| New Hamsphire Lottery Commission<br>PO Box 1208<br>Concord, NH 03302-1208 | New Hamsphire Lottery Commission<br>PO Box 1208<br>Concord, NH 03302-1208<br>Fax: 603-271-1160 | Trade Debt | | 12,879.16 |
| Amoskeag Beverages, Inc<br>P.O. Box 1148<br>Concord, NH 03302 | Amoskeag Beverages, Inc<br>P.O. Box 1148<br>Concord, NH 03302<br>Fax: 603-641-2396 | Trade Debt | | 11,623.00 |
| New Hampshire Distributors, Inc.<br>65 Regional Drive<br>PO Box 267<br>Concord, NH 03302-0267 | NH Distributors<br>65 Regional Drive<br>PO Box 267<br>Concord, NH 03302-0267<br>Fax: 603-223-9843 | Trade Debt | | 10,962.44 |
| First Insurance Funding Corp.<br>PO Box 66468<br>Chicago, IL 60666-0468 | First Insurance Funding Corp.<br>PO Box 66468<br>Chicago, IL 60666-0468<br>Fax: 800-837-3709 | Trade Debt | | 10,381.26 |
| Coastal Blending & Packaging<br>555 Courtenay Causeway<br>P.O. Box 1169<br>Saint John NB  Canada | Coastal Blending & Packaging<br>555 Courtenay Causeway<br>P.O. Box 1169<br>Saint John NB  Canada<br>Fax: 506-632-7001 | Trade Debt | | 10,000.00 |
| NH Motor Transport ASSN<br>PO Box 3898<br>Concord, NH 03302 | NH Motor Transport ASSN<br>PO Box 3898<br>Concord, NH 03302<br>Fax: 603-225-9361 | Trade Debt | | 9,413.00 |
| The Bell/Simons Companies<br>PO Box 307<br>Biddeford, ME 04005 | The Bell/Simons Companies<br>PO Box 307<br>Biddeford, ME 04005<br>Fax: 207-284-9038 | Trade Debt | | 8,898.37 |
| HSE Gould, LLC<br>159 Cash Street<br>South Portland, ME 04106 | HSE Gould, LLC<br>159 Cash Street<br>South Portland, ME 04106<br>Fax: 207-767-2717 | Trade Debt | | 8,886.05 |

B4 (Official Form 4) (12/07) - Cont.
In re   Munce's Superior Petroleum Products, Inc.          Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 14 - 2011          Signature  /s/ Harold P. Munce
                                          **Harold P. Munce**
                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

## United States Bankruptcy Court
### District of New Hampshire

In re    **Munce's Superior Petroleum Products, Inc.** ,
                     Debtor

Case No. _____

Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Harold P. Munce<br>453 Denmark Street<br>Berlin, NH 03570 | Common Stock | 75% | |
| Marilyn Munce<br>453 Denmark Street<br>Berlin, NH 03570 | Common Stock | 25% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    3-14-2011             Signature    /s/ Harold P. Munce
                                                                Harold P. Munce
                                                               **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

   **0**    continuation sheets attached to List of Equity Security Holders