UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Chapter 11 |
| Munce's Superior Petroleum Products, Inc., | Bk. No. 11-10975-JMD |
| Gorham Oil, Inc., | Bk. No. 11-10977-JMD |
| Superior Trucking, Inc., | Bk. No. 11-10978-JMD |
| Munce's Real Estate Ventures, LLC, and | Bk. No. 11-10979-JMD |
| BMRA Real Estate Ventures, LLC, | Bk. No. 11-10980-JMD |
| Debtors | Jointly Administered |

**INTERIM ORDER: (A) AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING; (B) GRANTING TO NORTHWAY BANK POSTPETITION SECURITY INTERESTS; (C) AUTHORIZING THE USE OF CASH COLLATERAL; (D) GRANTING ADEQUATE PROTECTION IN THE FORM OF REPLACEMENT LIENS; AND (E) SETTING A FINAL HEARING**

The Court has before it Motions for Order: (A) Authorizing the Debtor to Obtain Post-petition Financing; (B) Granting to Northway Bank Postpetition Security Interests; (C) Authorizing the Use of Cash Collateral; (D) Granting Adequate Protection in the Form of Replacement Liens; and (E) Setting a Final Hearing filed by Munce's Superior Petroleum Products, Inc. in Bk. No. 11-10975-JMD (Doc. No. 4), Gorham Oil, Inc. in Bk. No. 11-10977-JMD (Doc. No. 4), Superior Trucking, Inc. in Bk. No. 11-10978-JMD (Doc. No. 5), Munce's Real Estate Ventures, LLC in Bk. No. 11-10979-JMD (Doc. No. 5), and BMRA Real Estate Ventures, LLC in Bk. No. 11-10980-JMD (Doc. No. 5) (the "Motions"), pursuant to sections 105, 363, 364 and 552 of the United States Bankruptcy Code, (the "Bankruptcy Code"), Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2002-1 and 4001-2 of the Local Bankruptcy Rules for the District of New Hampshire (the "Local Rules"), requesting *inter alia*, entry of an order:

(i) authorizing the Debtors,[1] pursuant to section 364(c)(2) and (3) of the Bankruptcy Code and Bankruptcy Rules 4001 and 9014, to obtain post-petition loans, advances and other financial accommodations on an interim basis from Northway Bank ("Northway"), in accordance with the budget attached hereto as Exhibit B (the "Budget") and other terms and conditions set forth in the commitment letter, and secured by security interests in all of the Debtors' assets pursuant to sections 364(c)(2) and (3) of the Bankruptcy Code;

(ii) authorizing the use of Cash Collateral (as hereinafter defined);

(iii) granting Northway and Passumpsic Savings Bank ("Passumpsic") replacement liens;

(iv) giving notice of a final hearing pursuant to Bankruptcy Rule 4001(c)(2) and Local Rules 2002-1 and 4001-2.

The Court having considered the Motion and exhibits attached thereto, and good and sufficient cause appearing therefor, THE COURT HEREBY FINDS:

A. On March 16, 2011 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107 and 1008 of the Bankruptcy Code, the Debtors have retained possession of their property and are authorized thereby, as debtors-in-possession, to continue to operate and manage their businesses. No request has been made for appointment of a trustee or examiner.

---

[1] All references to the term "Debtors" shall mean Munce's Superior Petroleum Products, Inc. ("MSPP"), Superior Trucking, Inc. ("Superior Trucking"), Gorham Oil, Inc. ("Gorham Oil"), Munce's Real Estate Ventures, LLC ("MREV") and BMRA Real Estate Ventures, LLC ("BMRA").

B. The Court has jurisdiction over this matter pursuant to 18 U.S.C. §§ 157(b) and 1334. This a "core" proceeding within the meaning of 28 U.S.C. § 157(b)(2). The statutory predicates for the relief sought herein are sections 105, 363, 364 and 552 of the Bankruptcy Code, Bankruptcy Rules 2002, 4001 and 9014, and Local Rules 2002-1 and 4001-2. Venue of the Debtors' chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C. The Debtors are primarily in the heating and fuel distribution business, and also operate related gas stations, truck stops and convenience stores.

D. An immediate and ongoing need exists for the Debtors to obtain financing on an interim basis in order to preserve the value of their businesses and assets as debtors-in-possession under chapter 11 of the Bankruptcy Code.

E. The Budget prepared by the Debtors and attached to this order as Exhibit B sets forth, *inter alia*, the Debtors' projected cash expenditures and receipts on a weekly basis for the period beginning on March 12, 2011, and ending on June 3, 2011. The Budget was prepared by the Debtors and their management and is being relied upon by Northway in providing (or extending) post-petition financing to the Debtors.

F. The Debtors have requested that Northway extend credit to be used for the purposes set forth in the Budget, and Northway is willing to provide such credit upon the terms and conditions set forth in the Commitment Letter, as ratified and amended by the terms of this Interim Order. Northway's willingness to extend post-petition credit to the Debtors is conditioned upon, among other things, the Debtors' obtaining the authority of this Court to grant Northway liens on all of the Debtors' assets, all such liens being junior to any prior existing encumbrances.

G. Based on the record before the Court, all loans and other extensions of credit made by Northway to the Debtors pursuant to this Interim Order and any extension hereof, or any final order on the Motion, shall be deemed to have been made in good faith within the meaning of section 364(e) of the Bankruptcy Code.

H. To the extent that Northway holds valid and duly perfected security interests in pre-petition collateral, all such security interests are entitled to the protections afforded pursuant to the terms of this Interim Order.

I. The Debtors represent, and it appears, that the post-petition financing and security arrangements authorized hereunder have been negotiated in good faith and at arm's length, and the terms of such financing and security arrangements are fair and reasonable under the circumstances and reflect the Debtors' exercise of prudent business judgment consistent with their fiduciary duties.

J. The Debtors have requested prompt entry of this Order pursuant to Bankruptcy Rule 4001(b).

K. The permission granted in this Order to enter into the post-petition financing and adequate protection arrangements set forth herein is vital to avoid irreparable harm to the Debtors and their estates.

L. This Court concludes that entry of this Order is in the best interests of the Debtors, their estates and their creditors as implementation will, among other things, allow for the preservation of the going concern value of the assets of the Debtors' estates.

M. The Debtors have certified that a copy of the Motion and their proposed order have been served on the following parties on the date on which it was filed by email or facsimile: (1) the United States Trustee; (2) Northway; (3) the Debtors' secured creditors or their counsel; (4)

the non-insider holders of the twenty largest unsecured claims against the Debtors, or their counsel; (5) applicable federal and state taxing authorities; and (6) the Critical Vendors.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted on an interim basis to permit the Debtors to borrow from Northway Bank funds necessary to operate under the budget attached to this order as Exhibit B from March 16, 2011, through April 8, 2011.

2. Omitted.

3. Omitted

4. Northway shall not have any obligation or responsibility to monitor the Debtors' use of the DIP Loan, and Northway may rely on any of the Debtors' representations that the amount of the DIP Loan requested at any time, and the use thereof, is in accordance with this Interim Order.

5. The DIP Loan made by Northway under this Interim Order shall be, and hereby is, secured by valid, binding and enforceable mortgages, security interests in and liens upon all of the Debtors' assets, as they existed as of the Petition Date, which security interests, mortgages and liens shall be junior to all other liens, security interests and claims (the "Collateral ").

6. The Debtor is authorized to use inventory and accounts receivable, as they existed on the Petition Date, and in which Northway and Passumpsic have pre-petition security interests (the "Cash Collateral"), on an interim basis and for the purposes shown in the Budget. As adequate protection for the diminution in value arising out of the Debtors' use of the Cash Collateral, Northway and Passumpsic are hereby granted replacement liens in the Cash Collateral and the proceeds thereof, to the same nature and extent as the pre-petition liens held

by the Lenders in the Debtors' inventory and accounts receivable, to the extent the Cash Collateral is used by the Debtors.

7. The Debtors are authorized to use the Cash Collateral and the proceeds of the DIP Loan solely for payment of costs and expenses in accordance with the Budget.

8. The Debtors shall concurrently herewith or thereafter, as requested by Northway, execute and deliver to Northway all such documents as Northway may request to effectuate, evidence, confirm, validate or perfect Northway's liens on and security interests in the Collateral as provided for herein or granted pursuant to this Interim Order. Such documents may include, without limitation, UCC-1 financing statements, mortgages, continuation statements, amendments, etc. Northway shall not be required to file any mortgages, UCC-1 financing statements, or any other document, or take any other action (including possession of any collateral) in order to validate or perfect the liens and security interests granted to Northway under this Interim Order, as all such liens and security interests shall be deemed automatically granted and perfected by, and upon entry of, this Interim Order. If Northway shall choose, in its discretion, to file such mortgages, UCC-1 financing statements (or amendments to or continuations of any existing financing statements) and otherwise confirm perfection of such liens and security interests, all mortgages, financing statements or similar instruments shall be deemed to have been filed or recorded at the time and on the date of entry of this Interim Order. Northway may, in its discretion, file a certified copy of this Interim Order and any subsequent financing order in any filing or recording office in any appropriate jurisdiction, including, without limitation, any jurisdiction in which the Debtors have or maintain any Collateral or any office.

9. To the extent the terms and conditions of this Interim Order are in direct conflict with the Commitment Letter or the loan documents to be executed in connection with the Commitment Letter, the terms and conditions of this Interim Order shall control.

10. The provisions of this Interim Order shall be effective immediately upon entry by the Court of this Interim Order pursuant to Bankruptcy Rules 6004(h) and 7062, and any actions taken pursuant to this Interim Order shall survive entry of, and shall govern with respect to, any conflict with any order and shall supersede any such later order which may enter modifying the Interim Order confirming any plan(s) of reorganization, dismissing any or all of the Debtors' bankruptcy cases, or converting one or more of those cases from chapter 11 to chapter 7. Any advances made pursuant to this Interim Order shall be governed by the terms and conditions of the Interim Order, irrespective of any modifications or changes in the final Financing Order or in any further order.

11. No later than March 18, 2011, the Debtors shall send, by U.S. first class mail, a copy of this Interim Order to the United States Trustee, Northway, the Debtors' other secured creditors, the Debtors' twenty largest unsecured creditors, and all taxing authorities.

12. On or before March 21, 2011, the Debtors shall serve a copy of the Motions and notice of the final hearing (the "Final Hearing") on all parties entitled notice under Federal Rule of Bankruptcy Procedure 4001.

13. The term of the DIP Loan made pursuant to this Interim Order shall be for a period commencing on the date hereof and ending at the conclusion of the Final Hearing on the Motion, which shall commence on April 8, 2011, at 9:00 a.m., unless otherwise ordered by this Court.

14. If any party in interest shall object to any of the provisions of this Interim Order, then such party shall be authorized to assert such objection at the Final Hearing, provided that a

written statement setting for the basis for such objection is filed with the Court and concurrently served upon counsel for the Debtors and counsel for Northway on or before <u>April 1, 2011</u>. Unless an objecting party shall appear at the Final Hearing to assert the basis for such objection before the Court, such objection shall be deemed to have been waived and abandoned.

      15.  The Final Hearing shall be held on <u>April 8, 2011, at 9:00 a.m.</u>  If no objection to the Motions or this Interim Order is timely filed and asserted at the Final Hearing, then this Interim Order shall become a final order, and shall continue in effect until terminated in accordance with the terms hereof, subject, however, to such modifications as the Court may make at the Final Hearing.

      ENTERED at Manchester, New Hampshire.


Date:   March 17, 2011              <u>/s/ J. Michael Deasy</u>
                                            J. Michael Deasy
                                            Bankruptcy Judge



**Munces Superior**
**13 Week Cash Projections**

| | Actual 1/29/2011 | Actual 2/5/2011 | Actual 2/12/2011 | Actual 2/19/2011 | Actual 2/26/2011 | Proj 3/5/2011 | Proj 3/12/2011 | Proj 3/19/2011 | Proj 3/26/2011 | Proj 4/2/2011 | Proj 4/9/2011 | Proj 4/16/2011 | Proj 4/23/2011 | Proj 4/30/2011 | Proj 5/7/2011 | Proj 5/14/2011 | Proj 5/21/2011 | Proj 5/28/2011 | Proj Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Receipts | 389,922 | 405,259 | 490,097 | 486,214 | 484,443 | 28,512 | 14,600 | 15,000 | 16,000 | 11,000 | 11,000 | 11,000 | 11,000 | 12,000 | 12,000 | 9,000 | 6,083 | 6,083 | 2,419,214 |
| Prepayments For #2 Fuel | - | - | - | - | - | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | - | - | - | - | - | - | - | (48,000) |
| Heating #2 | - | - | - | - | - | 217,250 | 217,250 | 217,250 | 217,250 | 190,094 | 190,094 | 190,094 | 190,094 | 174,453 | 130,500 | 116,000 | 116,000 | 116,000 | 2,282,328 |
| Propane | - | - | - | - | - | 65,250 | 65,250 | 65,250 | 65,250 | 58,073 | 58,073 | 58,073 | 58,073 | 70,560 | 48,000 | 48,000 | 48,000 | 48,000 | 755,850 |
| Kerosene | - | - | - | - | - | 9,384 | 9,384 | 9,384 | 9,384 | 3,938 | 3,938 | 3,938 | 3,938 | 3,938 | 3,938 | 3,938 | 3,938 | 3,938 | 72,975 |
| Western Union | - | - | - | - | - | 13,534 | 13,534 | 13,534 | 13,534 | 13,534 | 13,837 | 13,837 | 13,837 | 13,837 | 14,039 | 14,039 | 14,039 | 14,039 | 179,174 |
| Inside Store | - | - | - | - | - | 108,025 | 116,075 | 116,075 | 116,075 | 118,075 | 136,200 | 136,200 | 136,200 | 136,200 | 157,200 | 157,200 | 157,200 | 157,200 | 1,747,925 |
| Fuel Sales | - | - | - | - | - | 180,332 | 192,037 | 192,037 | 192,037 | 192,037 | 241,767 | 241,767 | 241,767 | 241,767 | 277,144 | 277,144 | 277,144 | 277,144 | 3,024,127 |
| Evans Group | - | - | - | - | - | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 19,500 |
| Change in Accounts Receivable | - | - | - | - | - | 18,188 | 18,188 | 18,188 | 18,188 | 18,188 | 21,805 | 21,805 | 21,805 | 21,805 | 39,138 | 39,138 | 39,138 | 39,138 | 334,712 |
| **Total Cash Receipts** | **389,922** | **405,259** | **490,097** | **486,214** | **484,443** | **633,975** | **639,817** | **640,217** | **641,217** | **598,437** | **670,214** | **678,214** | **678,214** | **676,061** | **683,460** | **665,960** | **663,043** | **663,043** | **10,787,805** |

**Disbursements**
Previous AP as of Jan 31, 2011 balance of approx. $2.25MM
which is $1.5MM ($440k stores) vendor related and $750k New Hampshire

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Funds Group | 2,385 | - | - | - | 2,385 | - | - | - | 2,385 | - | - | - | - | 2,385 | - | - | - | 2,385 | 11,925 |
| Amoskeag Beverages Inc. | - | 6,516 | 7,069 | 6,377 | 10,225 | 5,500 | 5,500 | 6,500 | 5,500 | 5,500 | 6,500 | 7,500 | 6,500 | 6,500 | 6,500 | 7,500 | 6,500 | 6,500 | 112,687 |
| Bank Fees | - | - | 780 | 797 | - | 800 | 800 | - | - | - | - | - | - | - | - | - | - | - | 3,177 |
| Bell/Simons Company | - | - | - | - | 1,481 | - | - | - | 1,480 | - | - | - | 1,480 | - | - | 1,480 | - | - | 5,921 |
| Camerota Truck Parts | - | - | 2,850 | - | - | 2,850 | - | - | - | 2,850 | - | - | - | 2,850 | - | - | - | 2,850 | 14,250 |
| Citizen's Bank | 987 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 987 |
| Concord Trailways | - | - | - | 2,028 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,028 |
| Computer | - | 585 | - | - | 585 | - | - | - | 585 | - | - | - | 585 | - | - | - | 585 | - | 2,925 |
| Clarke Distributors, Inc. | - | 2,297 | - | 944 | 2,237 | - | 2,200 | - | 2,200 | - | 2,200 | - | 2,200 | - | 2,200 | - | 2,200 | - | 18,678 |
| Credit Card Fee | 1,017 | 4,634 | 2,561 | - | 7,510 | - | - | - | - | - | - | - | - | - | - | - | - | - | 15,722 |
| Deposit Correction | 671 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 671 |
| Dennison Lubricants | - | - | - | 8,191 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 8,191 |
| First Insurance Funding | - | - | - | - | 10,381 | - | - | - | - | - | - | - | - | - | - | - | - | - | 10,381 |
| Fuel #2 | 140,321 | 75,758 | 63,245 | 156,923 | 219,110 | 137,500 | 137,500 | 137,500 | 137,500 | 120,313 | 120,313 | 120,313 | 120,313 | 120,313 | 120,313 | 90,000 | 80,000 | 80,000 | 2,177,232 |
| Propane Purchases (See Below) | - | - | - | - | - | 49,000 | 49,000 | 49,000 | 49,000 | 44,100 | 44,100 | 44,100 | 44,100 | 44,100 | 30,000 | 30,000 | 30,000 | 30,000 | 536,500 |
| Kerosene Purchases (See Below) | - | - | - | - | - | 5,213 | 5,213 | 5,213 | 5,213 | 2,188 | 2,188 | 2,188 | 2,188 | 2,188 | - | - | - | - | 31,791 |
| Pine State | 53,684 | 45,094 | 49,742 | 48,720 | 50,530 | 45,000 | 42,500 | 42,500 | 42,500 | 43,400 | 45,100 | 45,100 | 45,100 | 45,900 | 48,000 | 48,000 | 48,000 | 48,000 | 836,870 |
| Lottery | 9,793 | 15,154 | 11,255 | 10,149 | 17,684 | 11,549 | 11,549 | 11,549 | 11,249 | 12,499 | 14,506 | 14,506 | 14,506 | 14,506 | 17,038 | 17,038 | 17,038 | 17,038 | 248,607 |
| Western Union | 14,265 | 21,108 | 36,463 | 26,362 | 23,389 | 23,400 | 23,400 | 23,400 | 23,400 | 23,400 | 23,700 | 23,700 | 23,700 | 23,700 | 23,900 | 23,900 | 23,900 | 23,900 | 428,986 |
| Coke | 14,394 | 4,658 | 2,512 | 618 | 2,981 | 7,840 | 6,000 | 1,750 | 3,000 | 2,815 | 9,725 | 4,000 | 3,000 | 3,515 | 4,225 | 6,000 | 7,200 | 2,815 | 87,048 |
| Frito Lay | 696 | - | - | - | - | 700 | - | - | - | 700 | - | - | - | 700 | - | - | - | 700 | 3,496 |
| Varsity Beverage | - | - | - | 696 | 919 | - | - | 700 | 1,000 | - | - | - | 1,800 | - | - | - | 2,000 | - | 7,115 |
| White Mountain Distributors | 3,761 | 4,812 | - | 3,326 | 4,695 | 3,400 | 4,400 | - | 3,800 | 3,700 | 4,700 | 3,700 | 4,800 | 3,700 | 5,600 | 4,500 | 5,600 | 4,500 | 68,994 |
| Fuel Purchases | 9,086 | 25,427 | 13,215 | 23,942 | 15,603 | 148,297 | 159,035 | 159,035 | 159,035 | 155,035 | 162,308 | 162,308 | 162,308 | 162,308 | 182,815 | 182,815 | 182,815 | 182,815 | 2,248,197 |
| Fuel Purchases | 29,113 | 32,331 | 54,426 | 62,800 | 26,100 | 29,146 | 29,146 | 29,146 | 29,146 | 29,146 | 67,497 | 67,497 | 67,497 | 67,497 | 76,446 | 76,446 | 76,446 | 76,446 | 926,272 |
| Returned Checks | 340 | 1,020 | 313 | 74 | 181 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,928 |
| Wright Express-Fuel Purchase | - | - | - | - | - | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,900 |
| Chase-Company Credit Card | - | - | - | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 13,000 |
| U.S. Cellular | - | - | - | - | - | - | - | 1,900 | - | - | - | 1,900 | - | - | - | - | - | - | 3,800 |
| Fuel Purchases to Operate Vehicles | - | - | - | - | - | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 78,000 |
| GM Tire & Alignment | 641 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 641 |
| Kelley's Auto Parts | - | 2,552 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,552 |
| Labonville Inc | 575 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 575 |
| Lease Payment | 281 | 679 | 106 | - | 281 | - | - | - | 281 | - | - | - | 281 | - | - | - | 281 | - | 2,190 |
| New England Racing Fuels | 1,852 | - | - | - | - | - | - | 1,852 | - | - | - | - | 1,852 | - | - | - | - | 1,852 | 7,408 |
| NHDOT EZ Pass | - | - | 1,500 | - | - | 1,500 | - | - | 1,500 | - | - | 1,500 | - | - | 1,500 | - | - | 1,500 | 9,000 |
| NH Motor Transport Assn | - | - | 8,124 | 1,286 | 5,000 | 5,000 | - | - | - | - | - | - | - | - | - | - | - | - | 19,410 |
| NH Liquor | 3,359 | - | 1,913 | - | 1,266 | 2,000 | - | - | - | 1,500 | 2,800 | - | - | 1,300 | 3,000 | - | - | 1,600 | 18,738 |
| HN Distributors | 9,685 | 5,745 | 8,734 | 13,062 | 8,853 | 9,000 | 10,300 | 9,000 | 10,300 | 9,000 | 10,300 | 9,000 | 10,300 | 9,000 | 11,300 | 9,500 | 11,300 | 9,500 | 173,879 |
| HN Fish and Game | - | - | - | 6,353 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 6,353 |
| HP Hood | 1,610 | 563 | - | 635 | - | 1,650 | - | 600 | - | 1,125 | 550 | 650 | - | 1,175 | 550 | 700 | - | 700 | 10,509 |
| Hatchland Farms | 574 | - | - | - | - | 550 | - | - | - | - | 550 | - | - | - | 550 | - | - | - | 2,224 |
| Richard Driscoll | 774 | 774 | 774 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,321 |
| Northeast Coffee Company | - | - | - | 641 | - | - | - | 650 | - | - | - | - | 650 | - | - | - | 650 | - | 2,591 |
| NSF | 4,047 | 1,193 | 2,670 | 2,442 | 2,279 | 2,500 | - | - | - | - | - | - | - | - | - | - | - | - | 15,131 |

**Munces Superior**
**13 Week Cash Projections**

| | Actual 1/29/2011 | Actual 2/5/2011 | Actual 2/12/2011 | Actual 2/19/2011 | Actual 2/26/2011 | Proj 3/5/2011 | Proj 3/12/2011 | Proj 3/19/2011 | Proj 3/26/2011 | Proj 4/2/2011 | Proj 4/9/2011 | Proj 4/16/2011 | Proj 4/23/2011 | Proj 4/30/2011 | Proj 5/7/2011 | Proj 5/14/2011 | Proj 5/21/2011 | Proj 5/28/2011 | Proj Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NSF Fees | 3,445 | 3,722 | 2,970 | 3,389 | 3,599 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 24,924 |
| New Hampshire Electric Co., Inc | - | - | - | 4,210 | - | - | - | 4,230 | - | - | - | - | 3,230 | 1,000 | - | - | 3,230 | 1,000 | 16,900 |
| Mike Regrigeration | 850 | 850 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,700 |
| Other | 674 | 5,470 | 39,000 | 21,979 | 26,614 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 418,737 |
| Other | 2,907 | 17,578 | 17,405 | 16,089 | 10,875 | 16,500 | 16,500 | 16,500 | 16,500 | 16,500 | 16,500 | 16,500 | 16,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 284,355 |
| Poultry Products Northeast | - | - | - | 1,684 | - | - | - | 1,685 | - | - | - | 1,685 | - | - | - | 1,685 | - | - | 6,739 |
| Public Service of NH | - | 593 | - | - | - | 600 | - | - | - | 600 | - | - | - | 600 | - | - | - | - | 2,393 |
| Passumpsic Savings Bank | 3,000 | 9,492 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12,492 |
| Payroll and Taxes | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 53,689 | 966,400 |
| Phone | - | - | - | 1,324 | - | - | - | 1,325 | - | - | - | 1,325 | - | - | - | 1,325 | - | - | 5,299 |
| PSNH | 818 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 818 |
| Purchase Power | - | - | 2,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - | - | 8,000 |
| Sanel Auto Parts | - | - | 1,054 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,054 |
| Superior Trucking | 1,505 | - | - | - | - | 1,500 | - | - | - | 1,500 | - | - | - | 1,500 | - | - | 1,500 | - | 7,505 |
| Sysco of Northern NE | 7,656 | 5,948 | 4,556 | 638 | 4,915 | 5,100 | 4,950 | 5,100 | 4,950 | 5,100 | 5,450 | 6,100 | 5,450 | 6,100 | 5,850 | 6,500 | 5,850 | 6,500 | 96,713 |
| Waste Management | - | 1,006 | - | 2,257 | - | 750 | - | 2,175 | - | 750 | - | 750 | 1,425 | 750 | - | 750 | 1,425 | 750 | 12,787 |
| Taxes | 10,372 | 14,087 | 9,320 | 10,269 | 8,497 | 5,335 | 5,335 | 5,335 | 5,335 | 4,668 | 4,668 | 4,668 | 4,668 | 4,668 | 4,668 | 3,492 | 3,104 | 3,104 | 111,594 |
| Utilities | 4,166 | - | 8,002 | 940 | 2,884 | - | - | - | - | - | - | - | - | - | - | - | - | - | 15,992 |
| Windward Petroleum | 4,069 | - | 10,697 | 6,698 | 6,058 | - | - | - | - | - | - | - | - | - | - | - | - | - | 27,522 |
| Woodlands Credit Union | 1,128 | - | - | - | 1,103 | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,231 |
| Advertising | - | - | - | - | - | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,300 |
| Legal & Professional | - | - | - | - | - | - | 220,000 | - | - | - | 35,000 | - | - | - | 35,000 | - | - | 20,000 | 310,000 |
| Computer Expense | - | - | - | - | - | - | 3,505 | - | - | - | 3,505 | - | - | - | 3,505 | - | - | - | 10,515 |
| Insurance | - | 23,962 | - | - | - | - | - | 23,962 | - | - | - | 23,962 | - | - | - | 23,962 | - | - | 95,848 |
| Licenses & Registrations | - | - | - | - | - | - | - | 3,100 | - | - | - | - | - | - | - | - | - | - | 3,100 |
| Misc. Expense | - | - | - | - | - | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 195,000 |
| Office Supplies & Operating Supplies | - | - | - | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 13,000 |
| Postage | - | - | - | - | - | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,600 |
| Repairs & Maintenance | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 32,500 |
| Travel | - | - | - | - | - | - | - | - | 2,500 | - | - | - | 2,500 | - | - | - | 2,500 | - | 7,500 |
| Utilities | - | - | 3,175 | - | - | - | - | - | 3,175 | - | - | - | 3,175 | - | - | - | 3,175 | - | 12,700 |
| Rental Payments to Real Estate Holding Companies | - | - | - | - | - | - | 32,270 | - | - | - | 32,270 | - | - | - | 32,270 | - | - | - | 96,810 |
| State of New Hampshire | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 100,000 | 100,000 |
| New Hampshire Business Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 30,000 | 30,000 |
| Federal Income Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 13,000 | 13,000 |
| Taxes | 1,633 | 1,427 | 1,449 | 4,488 | - | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 28,497 |
| New Hampshire Dept of Revenue | - | - | - | 2,005 | - | - | - | 800 | - | - | - | - | 800 | - | - | - | 850 | - | 4,455 |
| **Total Disbursements** | 399,823 | 388,723 | 421,567 | 506,022 | 531,908 | 629,069 | 877,992 | 651,396 | 628,423 | 593,277 | 723,318 | 669,840 | 657,796 | 650,643 | 741,618 | 659,981 | 640,537 | 791,843 | 11,163,778 |
| DIP Loan | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in Cash | (9,901) | 16,536 | 68,530 | (19,809) | (47,464) | 4,906 | (238,175) | (11,179) | 12,794 | 5,160 | (53,105) | 8,373 | 20,417 | 25,417 | (58,158) | 5,978 | 22,506 | (128,800) | (375,974) |
| Cash at the Beg. | (88,464) | (98,365) | (81,830) | (13,300) | (33,109) | (80,573) | (75,667) | (313,842) | (325,021) | (312,227) | (307,066) | (360,171) | (351,798) | (331,380) | (305,963) | (364,121) | (358,143) | (335,637) | (88,464) |
| Cash at the End | (98,365) | (81,830) | (13,300) | (33,109) | (80,573) | (75,667) | (313,842) | (325,021) | (312,227) | (307,066) | (360,171) | (351,798) | (331,380) | (305,963) | (364,121) | (358,143) | (335,637) | (464,438) | (464,438) |