UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 11-10975-JMD
Chapter 11
Munce's Superior Petroleum Products, Inc. and BMRA Real Estate Ventures, LLC,
Debtor(s)

### ORDER OF THE COURT

Hearing Date: 4/8/2011 9:00 AM

Nature of Proceeding:
Doc# 4 Motion to Borrow up to Under Rule 4001c Filed by Debtor Munces Superior Petroleum Products, Inc. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Proposed Order)

Outcome of Hearing: The Court will approve the final borrowing and cash collateral order on the terms discussed at today's hearing. The Debtor is authorized to use cash collateral and has continued authority to borrow in accordance with the budget discussed today. Proposed order to be submitted on or before April 15, 2011.

IT IS SO ORDERED:

/s/ J. Michael Deasy        4/8/2011

J. Michael Deasy
Bankruptcy Judge